**In re Assignment of Judge Tama Myers CLARK.**

**Petition of Court Administrator Zygmont A. Pines and the Honorable Pamela Pryor Dembe.**

Supreme Court of Pennsylvania.

July 29, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of July, 2009, it is hereby ordered that the Emergency Petition for Issuance of Rule to Show Cause is dismissed as moot.